UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

HAMMOND DIVISION

**-FILED-**

SEP 2 5 2025

At_____M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

JERRY SMITH,

Plaintiff,

Exhibit A-C
Proof of Service

v.                 Case No. 2:25-cv-77

KOMPASSIONATE CARE LLC, et al.,

Defendants.

PROOF OF SERVICE

I, Jerry Smith, hereby certify that I caused service of the Summons and Complaint in the above-captioned matter to be served upon the following defendants in the manner indicated below:

DEFENDANT: KOMPASSIONATE CARE LLC

Address: 6919 East 10th Street, Suite D5, Indianapolis, Indiana 46219

Service Method:Process Server

Date of Service: 9/25/25

**Cost of Service:** $28.00

**Supporting Documentation:** See Exhibit A (Receipt and timestamp proof)


DEFENDANT: KARENA RICHARDSON

Address: 7010 Van Buren Avenue, Hammond, Indiana 46324

**Service Method:** Process Server

**Date of Service:** 9/25/25

**Cost of Service:** $28.00

**Supporting Documentation:** See Exhibit A (Receipt and timestamp proof)   A2 Exhibit


DEFENDANT: BELINDA GAIL

Address:7422 West 63rd Place, Summit, Illinois 60501

Service Method:Cook County Process Server

**Date of Service:** 9/25/25

**Cost of Service:** $60.00

**Postage Costs:** $33.00

**Supporting Documentation:** See Exhibit B (Receipt and timestamp proof)


DEFENDANT: KOMPASSIONATE CARE MANAGER

Address:6919 East 10th Street, Suite D5, Indianapolis, Indiana 46219

Service Method: Process Server

Date of Service: 9/25/25

Cost of Service: $28.00

Supporting Documentation:See Exhibit C (Receipt and timestamp proof)


ADDITIONAL COSTS:

Envelopes: $5.07

TOTAL SERVICE COSTS: $182.07

All defendants were properly served with the Summons and Complaint in accordance with Federal Rule of Civil Procedure 4. Service was completed within the time requirements set forth in the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I hereby certify that on 9/25/25 I served a true and correct copy of the foregoing Proof of Service upon all parties of record by the method(s) indicated below:

- By placing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

- By hand delivery to:

☐ By electronic filing through the CM/ECF system, which will automatically serve all counsel of record.

KOMPASSIONATE CARE LLC

c/o Registered Agent

6919 East 10th Street, Suite D5

Indianapolis, Indiana 46219


KARENA RICHARDSON

7010 Van Buren Avenue

Hammond, Indiana 46324


BELINDA GAIL

7422 West 63rd Place

Summit, Illinois 60501


KOMPASSIONATE CARE MANAGER

6919 East 10th Street, Suite D5

Indianapolis, Indiana 46219


Respectfully submitted,

/s/ Jerry Smith

JERRY SMITH

Pro Se Plaintiff

2601 West 61st Place

Merrillville, Indiana 46410

Telephone: (219) 777-6560

Email: jerryantwonsmith@gmail.com

## VERIFICATION

I, Jerry Smith, verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: 9/25/25

/s/ Jerry Smith

JERRY SMITH

Ex A1



# UNITED STATES POSTAL SERVICE.

TOLLESTON
2407 W 11TH AVE
GARY, IN 46404-9998
www.usps.com

11:00 AM

)/25/2025

TRACKING NUMBERS
9589 0710 5270 2870 8277 91
9589 0710 5270 2870 8278 14
9589 0710 5270 2870 8278 21

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)

IMG_4204.jpg

Open with

Exhibit A2





Ex A3



# UNITED STATES POSTAL SERVICE.

GARY
1499 MARTIN LUTHER KING DR
GARY, IN 46401-9998
www.usps.com

09/24/2025                          03:06 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Mailer 10.5 x 16 | 3 | $1.69 | $5.07 |

Grand Total:                              $5.07

Cash                                     $10.00
Change                                   -$4.93

TO REPORT AN ISSUE
Visit https://emailus.usps.com

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

or call 1-800-410-7420.

UFN: 173171-0401
Receipt #: 840-54600176-2-5008057-1
Clerk: 25

---

GARY PUBLIC LIBRARY

GARY, IN

RECEIVED FROM

THE SUM OF

ON ACCOUNT OF

PAYMENT TYPE & AMOUNT
CASH _____ CHECK
E.F.T. _____ C.C./B.C.

Ex B





FROM:

Jerry Smith      Apt(2)
2661 W 61st Place
merrillville, IN
46410

Retail

U.S. POSTAGE PAID
FCM LG ENV
GARY, IN 46404
SEP 25, 2025

46203

RDC 99            $13.54

S2324A502725-16

TO:

MARION County Sheriff office
Attn: Jed Civil Process
695 JUStice WAY
INDPLS, IN
46203

Confidential MAIL

Utility Mailer
10 1/2" × 16"
CERTIFIED MAIL

Ready Post

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marion County Sheriff offi
Attn: Jed civil Process
695 Justice way
Indpls, IN 46203

9590 9402 7984 2305 8591 83

2. Article Number (Transfer from service label)
9589 0710 5270 2870 8278 21

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                      □ Agent
                                       □ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery
   (over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Ex B3



RING BELL ONCE FOR SERVICE

Ex B4



Ex C



First-Class Mail®        1                    $3.84
Large Envelope
    Chicago, IL 60607
    Weight: 0 lb 8.20 oz
    Estimated Delivery Date
        Mon 09/29/2025
    Certified Mail®                          $5.30
        Tracking #:
            9589 0710 5270 2870 8277 91
    Return Receipt                           $4.40
        Tracking #:
            9590 9402 7984 2305 8531 90
    Total                                   $13.54

First-Class Mail®        1                    $3.84
Large Envelope
    Indianapolis, IN 46203
    Weight: 0 lb 8.20 oz
    Estimated Delivery Date
        Mon 09/29/2025
    Certified Mail®                          $5.30
        Tracking #:
            9589 0710 5270 2870 8278 14
    Return Receipt                           $4.40
        Tracking #:
            9590 9402 7984 2305 8532 06
    Total                                   $13.54

First-Class Mail®        1                    $3.84
Large Envelope
    Indianapolis, IN 46203
    Weight: 0 lb 8.10 oz
    Estimated Delivery Date
        Mon 09/29/2025
    Certified Mail®                          $5.30
        Tracking #:
            9589 0710 5270 2870 8278 21
    Return Receipt                           $4.40
        Tracking #:
            9590 9402 7984 2305 8531 83
    Total                                   $13.54

Grand Total:                                $40.62

Cash                                        $50.00
Change                                      -$9.38

                TO REPORT AN ISSUE
         Visit https://emailus.usps.com

        PREVIEW YOUR MAIL AND PACKAGES
              Sign up for FREE at
         https://informeddelivery.usps.com

     All sales final on stamps and postage.
       Refunds for guaranteed services only.
            Thank you for your business.

              Customer Service
              1-800-ASK-USPS
              (1-800-275-8777)
       Agents do not have any additional
    information other than what is provided on
                  USPS.com

         Tell us about your experience.
       Go to: https://postalexperience.com/Pos
       or scan this code with your mobile device.

              [QR code]

Ex C2



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

Indianapolis, IN 46203

| | | |
|---|---|---|
| Certified Mail Fee | $5.30 | |
| $ | | 0404 16 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ 1.00 | |
| ☐ Return Receipt (electronic) | $ 0.00 | |
| ☐ Certified Mail Restricted Delivery | $ 0.00 | Postmark |
| ☐ Adult Signature Required | $ 0.00 | Here |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | $3.54 | 09/25/2025 |
| $ | | |
| Total Postage and Fees | | |
| $13.54 | | |

Sent To Marion Co Sheriff's Office Civil Proc

Street and Apt. No., or PO Box No. 685 Justice Way

City, State, ZIP+4® Indianapolis IN 46203

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 52?? ???? 8278 2?

Ex C3



