# UNITED STATES DISTRICT COURT
## FOR THE USDC Northern Indiana
## HAMMOND DIVISION

Jerry A Smith

                Plaintiff,

v.                                             Case No.: 2:25−cv−00077−PPS−AZ

                                                            Judge Philip P Simon

Kompassionate Care LLC, et al.

                              Defendant.

## **CLERK'S ENTRY OF DEFAULT**

      Default is hereby entered against defendant(s)

                            Belinda Gail ,

for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure 55(a).

Date:   October 29, 2025             Sincerely,

                                              CHANDA J. BERTA
                                              CLERK OF COURT

                                              By:  s/  Kathryn M Tuskey
                                                    Deputy Clerk