# UNITED STATES DISTRICT COURT
# FOR THE USDC Northern Indiana
# HAMMOND DIVISION

Jerry A Smith

                Plaintiff,

v.                                          Case No.: 2:25−cv−00077−PPS−AZ

                                                  Judge Philip P Simon

Kompassionate Care LLC, et al.

                Defendant.

## **CLERK'S ENTRY OF DEFAULT**

      Default is hereby entered against defendant(s)

                Karena Richardson Seals ,

for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure 55(a).

Date:  October 29, 2025          Sincerely,

                                          CHANDA J. BERTA
                                          CLERK OF COURT

                                          By:  s/   Kathryn M Tuskey
                                                    Deputy Clerk