

-FILED-

NOV 2 4 2025

At Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

JERRY A. SMITH,                         )
    Plaintiff,                       )
                                     )
    vs.                              )    Case Number: 2:25-cv-00077-PPS-AZ
                                     )
KOMPASSIONATE CARE, LLC, *et.* al,      )
    Defendants                       )
                                     )
                                     )

### DEFENDANT KARENA SEALS RICHARDSON NOTICE TO RESPONSE TO THE COURT REGARDING PLAINTIFF CASE TO THE COURT. DEFENDANT REQUEST MOTION TO DISMISS CASE.

Defendant Karena Seals Richardson brings to the attention of the courts that Plaintiff Smith, has placed another lawsuit that's similar to this case, case number 2502CC001935 around the same date as this case.

Plaintiff Jerry A Smith and I, Karena Seals Richardson, were in a domestic relationship for around 5 months on and off since September 6, 2024 thru February 10, 2025. The Plaintiff is using this case in retaliation resulting from a termination of relationship and companion service of less than 3 days by the Defendant.

1. Plaintiff business for his non profit Saving Lives 2xs Program and 8100 INC LLC is registered to Plaintiff mothers house on 2225 Marshall Street. Gary, IN 46404, not the Defendants home. While at the Defendant home Plaintiff would work on non profit, attend classes, assignments and music during this timeframe. Defendant paid all household expenses, minus the $85 towards Internet bill that the Plaintiff paid during the time of the relationship.

2. Plaintiff claims that he provided $10,000 worth of personal care to Defendant Ms. Richardson without compensation. First meet at the doctors where the defendant was a patient. There was no conversation about Plaintiff getting compensated for assisting Ms. Richardson. They were in a consensual relationship.

3. Plaintiff is bringing up the expense cost of travel, hotels, entertainment and personal expenses on case number 2502CC001935. Plaintiff filed with the court on the case mentioned a lease agreement that was not signed by Defendant. Your Magistrate stated that the lease was "fictitious", the Plaintiff then added on travel expenses and a T-mobile bill. In which Plaintiff uses this to attempt to replace the Defendant phone that the Plaintiff took while Defendant was hospitalized with a stroke. Defendant informed plaintiff to replace the iphone, not have a phone to plaintiff account. Plaintiff was adamant about getting phones to increase and establish credit as a form of payment history. Plaintiff can not sue twice for the same things. Defendant and Plaintiff were in a relationship during the time of traveling. There was never a discussion of who had to repay what during this relationship. Defendant never asked Plaintiff to go to nor pay for trips. Some trips were preplanned prior to being a couple. Plaintiff had set days already in place to prepare for a post conviction trial at Four Winds Casino in New Buffalo, Michigan. Wisconsin Dell's trip was not discussed as the defendant was to pay for the vacation. However, Defendant paid 1 night at a hotel while traveling to Wisconsin, in which Defendant drove father's SUV out of state and locally. Both parties bought food for the stay of all trips. Both parties paid for meals.

4. Defendant is not responsible for Plaintiff personal expenses, Plaintiff needs to be accountable for his gambling and spending habits on liquor and cigarettes for he is a grown male.

5. Plaintiff states that Defendant unlawfully seized Plaintiff business on February 10, 2025. Defendant conducted business for the Plaintiff at her home in means of conducting meeting reports, conference calls, business letters and flyers. Defendant did not get compensated for performed tasks so that Plaintiff could apply for non- profit grants.

6. On 2/10/25 (see USB of Plaintiff yelling and screaming at Defendant on doorbell camera) Plaintiff became violent, disrespectful, destroying property, spitting, invading personal space, almost fell, punched a hole in the bedroom wall (please see photos and estimates which is also apart of other case).

7. This is a violation of Kompassionate Care code of letting someone disrespect you along with Laws and regulation from the contract, if any of these things occurs then automatically the agreement is terminated without cause. (See agreement from Kompassionate Care).

8. Plaintiff violated several of Defendants laws, 1. HIPPA, informing courts and the whole world of Health status when Plaintiff knew from the beginning. Both parties had consensual sex. Defendant was unaware of status. Both parties went to the doctor to get tested. In which two physicians 1. General Medicine Dr. Paul Okaupla in Gary, IN. 2. OB-GYN Dr. Miller in Palos Heights, IL  (See text messages of Plaintiff texting Defendant mother, Plaintiff also texted Defendant cousin and verbally informing Dependent cousin).

Asking for the courts to waive this from court documents, we were into a relationship and to have my health status displayed before the courts and the universe is a violation of my rights. Defendant did not withhold testing results when not known. The plaintiff didn't have an issue with the diagnosis until the relationship was terminated. The plaintiff could have left the relationship, but chose to stay.

9. Plaintiff removed himself from Defendant's home after receiving an one time ever payment of $619 back. Plaintiff states that he was using Defendant's home to conduct his businesses, however did not contribute to the use of premises, water, gas, electric and Internet. Plaintiff removed all his belongings that were in Defendant home, including paper tissue and paper towels that Plaintiff didn't fully payoff. Once again this goes back to case number 2502CC001935. Plaintiff, was being more belligerent, and aggressive when intoxicated which was often. What ceased the relationship was when Plaintiff states that he should have blown her brains out that was final.

10. Defendant has no reason to keep Plaintiff belongings. Defendant has been a resident of Hammond since 2006, when purchased the home. Never had anyone that was dating/engaged to sue Defendant for helping them out when they didn't have much at all and creating lies.

11. Allegations of Plaintiff being scared of individuals which is an understatement, Plaintiff would let it be known that he could harm someone with his muscle mass, the amount or type of push ups and strength.

12. $10,000 worth of personal care, there wasn't an agreement that Defendant would pay plaintiff. A companion salary doesn't equate to $10,000 for the timeframe of the relationship. Plaintiff washed clothes because he needed clean clothes to wear, defendant paid the electric, gas and water bill for such to operate. Plaintiff had to eat, so cook, defendant paid the electric, gas and water bill for such to operate.

13. Plaintiff mentions fraudulent expenditures of $6,500. Defendant is not responsible for whatever expenses that he incurred and expects Defendant to pay. (Plaintiff has case against Defendant please see case # above).

14. Plaintiff is responsible for loss of wages due to plaintiff's actions. Defendant is not responsible for Plaintiff loss of wages. Plaintiff was hired in February of 2025 worked 2 or 3 days and was paid by Kompassionate Care not the Defendant. Defendant never self-pay hired Plaintiff to work. Hired through the agency for those days. Plaintiff violated the contract agreement with the company when Plaintiff was: disrespectful towards Defendant, verbally abusive, destroying property (fist print in wall)(see USB/police report was filed), making verbal threats of harming Defendant and HIPPA Act.

15. Plaintiff stated that he provided all transportation, in fact Defendant father paid suv note, car insurance and maintenance on vehicle used. Defendant used his van occasionally until defendant van became inoperable on Nov. 1 2024.

16. Plaintiff states that business hours were 9am - 4pm for his company, Plaintiff was working for Kompassionate Care during those hours for those three days. Plaintiff did not provide overhead expenses to operate non-profit and 8100 LLC.

17. Defendant should be asking Plaintiff for usage of home and everything that is required to operate a business that was provided by the Defendant for such said months of the relationship. Which was not included in the other case by the Defendant. But the Plaintiff wants compensation for these allegations for future gain in which the plaintiff thinks should be allotted.

18. Plaintiff has had a reputation for taking defendant belongings, ie cell phone, and keys. While plaintiff had possession of my key see text messages) my firearms were taken, plaintiff was the only person that had my bedroom key while I was in the hospital. (see statements from hospital)

Enclosed are documents containing evidence that would demonstrate
The alleged compensatory damages  of $150,000 from each person plus additional fees and ect is impractical. Plaintiff has been on a vengeance to sue multiple individuals due to the fact plaintiff is taking classes to become a lawyer. Plaintiff is using his classwork, professors, chatGPT, Lexus Nexus, and others to help aid in these heinous attempts to sue for his wrong doings, wanting substantial amounts of funds to provide financial gain for Plaintiff at the expenses of law abiding citizens and tax payers contributions.

I am asking the courts motion to dismiss this case for there is no grounds to sue. Plaintiff caused this upon self with these actions that have been provided to the court. Defendant could no longer take plaintiff abuse or victimisation any longer, there are no more excuses in accepting plaintiff behavior and deceptive ways. I'm pleading to the courts that these accusations against the Defendant be dismissed. May the court grant Defendant compensation that the courts may grant due to the emotional distress, trauma, slander, at risk for another stroke due to stress and efforts.

WHEREFORE, Defendant Karena Seals- Richardson provide this Notice.

Date: November   , 2025
Karena Seals Richardson
7010 Van Buren Ave
Hammond, IN 46324
1klsrich2@gmail.com
219-501-8398

## CERTIFICATE OF SERVICE

I certify that on this November   , 2025, a copy of the foregoing was filed with the Clerk of this court and was served on the below named individuals by U.S. Postal Mail, postage provided:

C/O
Terrance Kinnard
320 North Meridian Street Ste 1006
Indianapolis, IN 46204
P: 317-855-6282
F: 317-855-6284
Email: tkinnard@krpjlaw.com

Belinda Gail
7422 W 63rd Pl
Summit, IL 60501

Jerry A Smith pro se
2601 W 61st Place
Merrillville, IN 46410
219-366-4184
219-201-6220
jerryantwonsmith@gmail.com



# PSA Client Rights

Thank you for choosing Kompassionate Care Services LLC as your personal services agency. Kompassionate Care Services LLC is required by law to provide you with the following information.

We are a personal services agency. A personal services agency provides non-medical services to its clients. As a personal services agency, it is not within the scope of our license to manage your medical and health condition if your condition becomes unstable or unpredictable. If our employees notice that your condition appears to be unpredictable or unstable, we will notify you, your personal representative, your family or other persons you instruct us to notify. If you request, we not notify any of your family or if you do not have family to notify, we will request you provide us someone else to notify.

WE CANNOT PROVIDE MEDICAL CARE. IN THE EVENT OF AN EMERGENCY, YOU SHOULD CONTACT 911 IMMEDIATELY. IN THE EVENT OF A NON-EMERGENCY MEDICAL SITUATION, A NON-LIFE THREATENING MEDICAL SITUATION OR ANY OTHER NON-EMERGENCY SITUATION RELATED TO YOUR HEALTH, YOU SHOULD CONTACT YOUR PHYSICIAN. DO NOT CONTACT KOMPASSIONATE CARE SERVICES LLC REGARDING YOUR MEDICAL NEEDS.

1. As a client or the client's personal representative, you will be provided with a written statement of your rights not more that seven (7) days after Kompassionate Care Services LLC begins providing services to you.

2. As a client or personal representative of the client of Kompassionate Care Services LLC you have the right to:

    a. to be free from verbal, physical, and psychological abuse and to be treated with dignity.

    b. to have your property treated with respect.

    c. to temporarily suspend, permanently terminate, temporarily add, or permanently add services in the service plan.

    d. to file grievances regarding services furnished or regarding the lack of respect for property by the Kompassionate Care Services LLC or its staff and you will not be subject to discrimination or reprisal for filing a grievance.

        i. To file a grievance, contact the manager or the management designee of Kompassionate Care Services LLC by calling 317-798-4950.

        ii. To file a grievance with the Indiana State Department of Health, call 1/800-246-8909. The business hours are 8:15 am to 4:45 pm.

    e. to be informed of the charges for the service we will provide: those charges are: Personal Care, Companionship, Homemaker or as required by the client.

    f. to be notified 14 days before any increase in the cost of services. You will receive notification of an increase in writing via first class mail 7 days before the increase goes into effect.





# PSA Client Rights

    g. to obtain on request a written list of the names and addresses of all persons having at least a five percent (5%) ownership or controlling interest in the personal services agency.

3. It is not within the scope of Kompassionate Care Services LLC personal services agency's license to manage your medical and health conditions if your condition becomes unstable or unpredictable.

4. The Indiana State Department of Health does not inspect personal service agencies as part of the licensing process but does investigate complaints concerning personal service agencies.

5. Kompassionate Care Services LLC office is open for business from 9:00am to 3:00pm, Monday through Friday. To Contact Kompassionate Care Services LLC Manager or Manager's Designee during our business hours call 317-798-4950. To Contact Kompassionate Care Services LLC Manager or the Manager's Designee after our regular business hours 9:00am to 3:00pm.

I have been informed in writing of my rights as a client of Kompassionate Care Services LLC and the agency has answered all questions I have concerning these rights.

Karena L Richardson               2/12/2025
_____    _____
Client or Authorized Signature                  Date

                                     2/12/2025
_____    _____
Client or Authorized Printed Name            Date

Abiodun Babalola                   2/11/2025
_____    _____
Manager/Designee Signature                   Date

                                       2/11/2025
_____    _____
Manager/Designee Printed Name           Date





*Kompassionate Care Services*

6919 E 10th Street, Suite D5
Indianapolis, IN 46219
317-798-4950, contact@kompassionatecare.com

02/13/2025

**Subject: Notice of Employment Termination**

Dear Jerry Smith,

We regret to inform you that your conditional offer of employment with Kompassionate Care Services LLC has been rescinded, and your employment is hereby terminated, effective immediately. This decision has been made due to the results of your pre-employment background check, which did not meet the requirements set forth by our company and regulatory guidelines.

As stated in your offer letter, employment was contingent upon the successful completion of a background check. Unfortunately, the findings from your background screening do not align with our employment eligibility criteria, and as a result, we are unable to proceed with your employment at this time.

If you have any outstanding expenses or concerns regarding your final paycheck, please contact Omolade Babalola at omolade.babalola@kompassionatecare.com or 317-798-4950.

We appreciate your time and effort throughout the hiring process and wish you the best in your future endeavors.

Thank you for your attention to this matter.

Sincerely,

*Abiodun Babalola*

**Abiodun Babalola**
*Manager*
Kompassionate Care Services LLC

K

Kompass'onate Care

response . I was fueling out the
gusto info. I don't see the zoom
link

I'm looking for it now

What name did you email me
under

Mon, Feb 17 at 3:17 PM

Good evening I will be
requesting an aid from your
company me and Mr Smith
won't be interacting with each
other for violent behavior and
disrespect. I will not be going
out of town with him please pay
him for the days he assisted me
I paid out of my pocket for his
cpr and first aid training. Thank
you very much sorry for any
inconvenience I don't need the
extra stress from family nor my
ex after my stroke.



iMessage
Thu, Feb 13 at 9:47 AM

Get prepared for a stupid lawsuit and compassionate care back ground check something you told him and that was before you told me stop working , so denying everything is useless when I have the sex pictures and all the text

I bought to hit both of y'all in court because since I'm not staying there is no reason to dismiss my job but y'all on the top of the list for several employees rights and citizens rights and constitutional rights

Spouse violations and all

Individually

Including the herpes paperwork

iMessage




**Da Hubby**

You are in 1983 abidon balbolala and compassionate care and your auntie Belinda individually this is a heads up if you not trying to come up with a resolution, I guess this the only way you can hear me

Also I'm looking for my PlayStation controller and if any mail came to your house for saving lives 2x program or anything else.   Just in case you gave the phone to some one else

Wed, Feb 19 at 1:04 AM

| Filing Details | |
|---|---|
| **Court** | Lake County Superior Courts |
| **Case Number** | 45D05-2502-CC-001935 |
| **Case Style** | Jerry A Smith<br><br>v.<br><br>Karena seals- Richardson |

iMessage

  American

A791675



This Recognizes That

**Jerry Smith**

**Healthcare Provider: Adult, Child,
Infant CPR & AED Training (BLS)**

**02/09/2025**

Date Completed

**02/09/2027**

Valid Until

Instructor Signature

Holder's Signature


Defendant
Did
for
Plaintiff
CPR
Cont'd

Call 911 in case of a medical emergency Call 1-888-808-9109 in a poison emergency
For CPR/AED or First Aid training information Call 1-888-808-9109 or visit cprcare.com

 American
American CPR Care Association
Renewal Recommended every 2 years

This what I just text her mama.    Thank u for everything you ever did for me n and out all Wayz n I love u more than u love me so it's hard, uneven and not fair do to the communication not being the same wen u look in the house now it's the same as wen I clean it, we needed to talk no need for the police n u see I didn't tell em u put ur hands on me.u make feel like I'm ur dog or beneath I told u this n u still do it if u don't know I love I don't know what else to do even the police said it seem like y'all love each other you going through so much even with the herpes stuff I still stood by you we found out together I don't want else to do you are very controlling baby , can at times to and I apologize I don't even know what else to say I'm hurtttt

 **Bad Decision** · Messages · 3m 

Is it a way we can talk to nip this in the bud I'm tired
A resolution I'm tired of this court stuff and right is right and wrong you see mama but can't have a resolution with me to streamline the situation

Mark as read     Reply     

 **Missed call**
Bad Decision      

 Gmail · 1klsrich2@gmail.com · 15m     11 

Ticketmaster 85 South, Voice of Whitney, Moj...

Lane Bryant ENDS IN MINS! $35 bras + 50% OFF

Manage                    Clear all



# You informed me to email you, Karena Richardson ex-fiance of Jerry Smith PLEASE I DON'T WANT HIM TO KNOW he will retaliate if I impede on his parole violations!!

4 messages

**KLS Rich** <1klsrich2@gmail.com>
To: alatiker@hammondpolice.com

Thu, Feb 20, 2025 at 8:00 AM

Hello,

Jerry A. Smith (DOB 5/1/1986) and I meet at my doctor's office a few months ago. He serenade me with believing that he was understanding of my health conditions the knowing and unknown which made me fall for him. However during this relationship there were several altercations that have taken place. One in which is on file from him throwing trash and mustard all throughout my house in Oct 2024. Another documented occurrence was in Dec 2024.

As I reviewed the records had the incorrect dates on them and I know Mr. Smith would use that in his defense since he's attending Ivy Tech where he's pursuing his law degree.

I had my stroke on 12/15/24 at St. Franciscan hospital off of Superior Ave in Munster and was hospitalized until 12/24/24 released from St Franciscan Stroke Rehab in Dyer. During the time at my rehabilitation center in Dyer. Mr. Jerry A Smith became disrespectful and loud. Then was asked to leave by the nurse. When Mr. Smith returned he was still disrespectful and the nurse put his things on a cart to take them with him due to his nature of being disrespectful. They gave him all of his belongings. Upon exiting my room Mr. Smith snatches the room telephone cord from the wall, as I was on my cell phone talking with his mother. Mr. Smith snatches my iPhone from my hand while I'm laying the hospital bed screams to his mother " don't listen to this b......" and puts my phone in his inner coat pocket. As I'm screaming for him to give me my phone back he also has all of my keys along with my father's truck key attached. I told him that since he's leaving leave my keys with me. I had the staff on alert that he has my belongings. For the remainder of my stay Mr. Smith still had my belongings. I had several individuals that I shared my location with give me the location as to where my phone was at. I then researched the address and owner of that address and spoke with the owner I explained that my iPhone gave her address. Mr.Smith scanned the yard while his mother waited in her truck. Still no iPhone. (I have computer text messages between the owner and myself, if needed). My iPhone have a lot of personal information of mines, and family members as well.  *Stole Phone*

I made the staff and security aware of Mr. Smith having my belongings the kept my dad's vehicle under surveillance. One of my therapy sessions I had the therapist take me to the vehicle to see if Mr. Smith left them in the vehicle, they weren't there. Mr. Smith states that the officer took my keys from him. Security check the camera there was no evidence of keys exchanged per the security officer that was there during this offence. When I got released on Christmas Eve I was told to contact Dyer Police Station to see if they had my keys the Police Station was closed until after Christmas. The day after Christmas I was taken to Dyer Police Station to see if there was any report or lost keys given. While at the Dyer Police Station, my mother called me and informed me that Mr. Smith had received a call about my keys which had no identifier attached to them indicating that they were mines. Mr. Smith then gave my mother a contact name and number as where I can retrieve my keys. When I arrived at the St. Franciscan hospital in Munster off of Calumet ave by the Burger King, the receptionist handed me my keys after informing her that it has a light blue ring on them, I asked how did my keys get there when I was in Dyer. She asked me if I had an idea as to who had my keys I gave them the description of Mr. Smith and she confirmed that it was him that brought my keys to her stating that he found them in the parking lot. *Keys*

My room key was on my key ring and that's when I noticed that my firearms were missing. There is only one key that is made and Mr. Smith was in possession of them. I made a report that my guns were missing or stolen in fear that he would do something to me if his name is associated with my items while he's on parole. That's why I didn't disclose his information, I have seen him get extremely confrontational and revert to his incarceration mindframe. We patched things over however still didn't recover my firearms.

Moving to the recent incident where enough is enough one evening he confronted the man I call my step dad in a hostile manner and confrontational. Stating that if my mom wasn't locked he would've used the pistol on him. Upon my step dad and mom returning back to my home Mr. Smith became very verbally abusive and punched a hole into my wall directly by my head. He goes outside to the vehicle where my mom and step dad was at in front of my house he's making more verbal threats while being halfway into the vehicle across my mom. She kept telling him to calm down Mr. Smith then walks away from the vehicle throws his coat to the grown still making verbal threats. Being that Mr. Smith was intoxicated my step dad drove off to diffuse the situation. *Threats*

Still making excuses for Mr. Smith behavior we stayed together. Until his last disrespectful mannerism which invaded my personal space was in my face yelling with spit coming from his mouth onto my face and glasses as he was in his intoxicated state slamming doors, yelling and banging on the dining room table Mr.Smith was then asked to leave my premises after I gave him back his one time ever payment of $619 for using one of my rooms for office space the same day it was zelled to me. Mr. Smith first time with assisting me with any bills while we were together there was $50 back in Oct 2024. Along with out of town visits, participated in gas.

Mr. Smith was briefly employed as my personal assistant Feb 6, 7 and 10 2025, until Feb 10, 2025 this last altercation. Mr. Smith *Hi, App/Pt Rmbr* made verbal threats of harming me physically and states that if I do anything to impede in him getting arrested he would do something to me and my family that I would pay and promise's to Jehovah and his soul. He has also stated that he would use the agency and myself for illegal termination of his service. He has email the agency making treats against them along with an emails defaming my character. Still to this date Mr. Smith has been texting me again in legal actions and how he's going to repair my wall. I want no *Threats*

dealings with Mr. Smith and he has no legal right to sue me it's up to my discretion if I wanted to keep him employed as my aid. To which the agency kept conveying that to Mr. Smith. I will no longer be victimized by Mr. Smith.

Thank you very much!
Karena Richardson Rn B.S.N., MSN
219-501-8398

🎞 **trashed my house Snapchat-1681285665.mp4**

🎞 **other video of trashing my house Snapchat-1029851075.mp4**

---

**KLS Rich** <1klsrich2@gmail.com>                                      Thu, Feb 27, 2025 at 11:59 AM
To: alatiker@hammondpolice.com

Food afternoon Corp Latiker,

This is a follow up email regarding the email that I sent you. I came to the police station and was told that you were on vacation by two different coworkers that suggested I follow up with you after your vacation. If you can please respond as to what I need to do on my end? So I need to meet with you in person?

Greatly appreciate it.
Karena Richardson Rn BSN, MSN
219-501-8398
[Quoted text hidden]

**Arthur Latiker** <alatiker@hammondpolice.com>                         Thu, Feb 27, 2025 at 12:04 PM
To: Rich KLS <1klsrich2@gmail.com>

Good afternoon and I come back tomorrow from vacation, please narrow down what you need from me so that I can assist you. You have alot of information in that email and I want to specifically know what we can do for you to achieve your goal.

Corporal Arthur Latiker Sr.
Community Affairs Division
Hammond Police Department
Work phone 219-852-2959

On Feb 27, 2025, at 11:59 AM, KLS Rich <1klsrich2@gmail.com> wrote:

[Quoted text hidden]

---

**KLS Rich** <1klsrich2@gmail.com>                                      Thu, Feb 27, 2025 at 12:52 PM
Draft To: Arthur Latiker <alatiker@hammondpolice.com>

So sorry to disturb your vacation. What are my options, with all that has occurred? I wasn't sure as what to do?

On Thu, Feb 27, 2025, 12:04 PM Arthur Latiker <alatiker@hammondpolice.com> wrote:
Good afternoon and I come back tomorrow from vacation, please narrow down what you need from me so that I can assist you. You have alot of information in that email and I want to specifically know what we can do for you to achieve your goal.

Corporal Arthur Latiker Sr.
Community Affairs Division
Hammond Police Department
Work phone 219-852-2959

 Gmail

KLS Rich <1klsrich2@gmail.com>

## Screenshot (Dec 23, 2024 11:53:48 AM)
35 messages

---

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>      Mon, Dec 23, 2024 at 11:54 AM
To: 1klsrich2@gmail.com, Rincas Richardson <rincashome1@gmail.com>

Jerry smith



**Screenshot_20241223-115348.png**
205K

---

**KLS Rich** <1klsrich2@gmail.com>      Mon, Dec 23, 2024 at 12:22 PM
To: Jerry Antwon smith <jerryantwonsmith@gmail.com>

my keys, your set of keys and the firestick is what i want from you. Idc if you erased tings off there i'll figure it out. But im
about to go to therapy and the police should be here to make a report of those items.

On Mon, Dec 23, 2024 at 11:55 AM Jerry Antwon smith <jerryantwonsmith@gmail.com> wrote:

Jerry smith

---

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>      Mon, Dec 23, 2024 at 12:57 PM
To: KLS Rich <1klsrich2@gmail.com>

Did I steal anything from you no ,did you tell the police to get your keys from me yesterday did I give them to them yes do
you have my property yes  you have your fire stick in your hospital room  I never stole or taken anything from you . So
filing a police report is frivolous cause I told you my set of keys you will get and I'm trying to recover your keys you told
them to get from me. So understand your frustration, but do not take out the mis fortune of being in a situation you can't
change. I was there in that hospital for 6 days call off work 4 days. So I will like my belongings as well and  I need you to
stop doing police stuff, if I'm have not stole something from you. Period. You said I can have the fire stick cause you have
one and the keys I have is yours and I'm working on the other keys when my number come back on I told you. I never
denied you of anything period , you will get my set of keys when I get all my belongings and then the things that you
decided to steal that I never said nothing about ,cause I'm not the police.
I will always love you and got your back. Have a nice day at therapy and God bless you.

Jerry smith
[Quoted text hidden]

---

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>      Mon, Dec 23, 2024 at 1:04 PM
To: KLS Rich <1klsrich2@gmail.com>

You hacking into my computer system is not healthy and deleted everything. You ain't even thinking about the kids this was bigger then us. And you deleted that stuff like you didn't want to steal work with the non profit with me, you left me in the cold after giving them your keys when I was with you and missed $1200 worth of work cause I put u first. I wanted to go to sleep is all. So stop being like you being, when adults can always be responsible respectful regardless of the past. I do not have. A problem with you neither am I being spiteful to you. All I asked was why was you the owner on savings lives 2X's and delete that placing you as an editor and you deleted the stuff Karena.
You deleted files that was on my computer but I'm not filling a police report that's hacking. If you wasn't given permission I did your research and brief for lawyers are them deleted no. Stop being spiteful, please don't try to harm me Karena cause it seems that's your plan. So be cool. I haven't did anything to you for you to act like that all my stuff is in the truck including my drink your weed and everything.

Jerry smith
[Quoted text hidden]

**KLS Rich** <1klsrich2@gmail.com>                                                          Mon, Dec 23, 2024 at 1:58 PM
To: Jerry Antwon smith <jerryantwonsmith@gmail.com>

first of all why would i tell you that you can have something that i didn't pay for nor is it mines. You do that take stuff that you want. Thats my dads and you know that! So why would I give that to you??? I'm waiting for the lady to look into this some more.information is attached is the invoice of how much you need to pay for the key and the tow they don't do towing, along with changing all 14 locks two of which are for the gate which you had those keys as well. you left out the building before they found you during that time ma was looking for you. stop lying about shit and giv me all of my things asap and it wouldn't result in the cop[s being called you out yourself into this predicument. So you never stole my iphone you took it out of my hand like you always do when you get pissed off. You need to replace my phone it was at that address aroubd the corner from your mother's. Then how did it misterosly get out of your inside pocket to that address since you left basically the hosptal. Like i said retujrn my stuff and i won't press charges and you'll be ok. peroid
[Quoted text hidden]

**KLS Rich** <1klsrich2@gmail.com>                                                          Mon, Dec 23, 2024 at 5:04 PM
o: Jerry Antwon smith <jerryantwonsmith@gmail.com>

I didn't hack into anything if I'm the that setup everything pertaining to the program. I didn't leave you in the cold you did that to yourself when you were told about your voice level you didnt want to listen as usual and that my fault? whatever i just need my belongings returned to me you know where you was at when you had the keys and my phone you know that you're the type if your pissed and things don't go your way you dont give a damn about the other person, well in my case you don't. I never asked you to stay with me all day and miss money, you didn't want to go in the first place and you know and stated that as well.

See we are not talking about the same you talking about files that can be recovered unlike paying for replacement locks, keys, and phone.
I understand now you don't want me to have anything unless it's from you bought/given. Yes, I'm damn right mad because your negative actions affect me and others. because when shit don't go your way its all hell breaking loose. But it's cool i'll be just fine! The estimate of the key fob is enclosed, not sure how much the tow will be to the dealership but that needs to be paid for as well as the all the locks on the doors since my set of keys are out there somewhere!!!!
[Quoted text hidden]



**Screenshot 2024-12-23 13.42.10.png**
279K

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>                                         Mon, Dec 23, 2024 at 7:40 PM
To: KLS Rich <1klsrich2@gmail.com>

How you set up everything that I set up legally stop why you ahead and I still love you I told you got what I got and they getting your dad keys fall back you already press charges and false reports is not good I love you but be cool it's gone be okay. I miss you and pray you become well .ohh by the way my nervous break down results was I have scaita nerve pain from a CT scan MRI and X-ray they tried to give me stroke medication due to my symptoms I turned it down 6 hours in the hospital by my self wish I had some one with me.

Jerry smith
[Quoted text hidden]

---

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>                    Mon, Dec 23, 2024 at 7:42 PM
To: KLS Rich <1klsrich2@gmail.com>

They said an hour and I can come back and u told them no give the keys to the police

Jerry smith
[Quoted text hidden]

---

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>                    Mon, Dec 23, 2024 at 7:43 PM
To: KLS Rich <1klsrich2@gmail.com>

Yes you did , you told the lady I'm your primary care giver and I take care you stop lying so much karena

Jerry smith
[Quoted text hidden]

---

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>                    Mon, Dec 23, 2024 at 7:44 PM
To: KLS Rich <1klsrich2@gmail.com>

No they can't be recovered I tried that no thru or my label or meeting notes which is not cool but it's cool I'm typing them my self

Jerry smith
[Quoted text hidden]

---

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>                    Mon, Dec 23, 2024 at 7:45 PM
To: KLS Rich <1klsrich2@gmail.com>

You hacked something that did not belong to you I have the LLC o. All of the non profit and made sure it was legal not u , you helped typed documents that's all. So it's a felony

Jerry smith
[Quoted text hidden]

---

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>                    Mon, Dec 23, 2024 at 7:45 PM
To: KLS Rich <1klsrich2@gmail.com>

I told you I got them and they got the other keys so what was the fuss you told my mama you press charges

Jerry smith
[Quoted text hidden]

---

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>                    Mon, Dec 23, 2024 at 7:47 PM
To: KLS Rich <1klsrich2@gmail.com>

Where are you talking bout that when u said to give keys to the security and they  said Tomorrow they'll give me more information and tell me it you to pick em up from them

[Quoted text hidden]

---

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>                    Mon, Dec 23, 2024 at 7:50 PM
To: KLS Rich <1klsrich2@gmail.com>

My liquor clothes your weed roaches all is in the car so why would I have it they gone get u ur keys be patient let them do what they do wish I could bring your Christmas present but you got me blocked so Im just gone be cool and keep crying and stressing cause I love u hope u feel good and get better may God bless and everything will work out

Jerry smith
[Quoted text hidden]

---

**KLS Rich** <1klsrich2@gmail.com>                    Wed, Dec 25, 2024 at 4:08 PM
To: Jerry Antwon smith <jerryantwonsmith@gmail.com>

I need for you to bring me the set of keys that you have, my dads firestick. What's the name of this police officer that is supposed to have my keys? Everyone I spoke withthat was involved says you never gave anyone the keys with the fob. I'm just so lost for words to the man that was supposed to be my husband but you treat me like shit. I put in a lot of effort into you buying you multiple outfits and you bought me two  shirts and outfit, me buying you liquor and you say you're going to pay me back. At this point I feel like you used me here living in my house with trying to call shots like you paying bills, drinking all my favorite juices  up then don't fully replace things that you used all up. Got yourloc done but you didn't do it for me as I did for you. You know I'm on a fixed income but yet your false promises of paying back for the things that were purchased. I'm good though Jehovah saw everything that you have done to me in your spitefulness. You threw my phone out of the window because you were pissed you will also need to replace it. the insurance is voided on my phone. You wanted me to be isolated from everyone so nooone would know how you really treated me, not the phony side when we were out but all the shit you've done behind closed doors. You have succeeded, thanks alot for your input on me having a stroke with all the arguing and stress. I need my black binder as well. I'm so disappointed in you and myself for allowing you to continue to treat me the way that you do when you're drinking or when things don't go your way. You talk so much about me getting help which you haven't even went yourself to deal with all the hurt trauma that you endured. But since you don't have a ride you made sure that i wouldn't have my dads truck when it was needed after discharge, my phone if you wasnt talking to me then noone should be callling me that why you took my phone out of my hand and tossed it.
return items that are not yours to me. You stole my stuff just like you stole stuff from that girl thinking that she took something of that girls. I haven't treated you like shit since we've been together. Including the photos of personal things of mine and others personal information that was none of your business.
[Quoted text hidden]

---

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>                    Sat, Dec 28, 2024 at 9:49 AM
To: KLS Rich <1klsrich2@gmail.com>

When can we talk ,I'll have something for you soon . I don't need the police involved you know I ain't hurt I miss you but know the life styles prevent us so we gone suffer no matter what without each other I don't even want to watch lion king without I still haven't had sex with no other woman. Your mama and my mama expecting us to get back together but my heart tell that's not gone happen  unless you make it happen. So I pray you recovering and on the right path I love you always

Jerry smith
[Quoted text hidden]

---

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>                    Sat, Dec 28, 2024 at 9:52 AM
To: KLS Rich <1klsrich2@gmail.com>

I don't care if it's zoom or not however we need to talk without badgering each other just how we gone move from now and what u plan to do for you and you for me I'm trying to get the house keys mama ain't texted me back .  You got my

meds and back stuff and I been in pain not taking my meds 4 days so wen you can set it up I just want you happy even if it's not with me .
Jerry smith
[Quoted text hidden]

---

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>                    Sat, Dec 28, 2024 at 9:53 AM
To: KLS Rich <1klsrich2@gmail.com>

I don't have a job anymore so I'm open to talk on line or zoom they may give it back cause they wrong. But there you have it always love king

Jerry smith
[Quoted text hidden]

---

**KLS Rich** <1klsrich2@gmail.com>                    Sun, Dec 29, 2024 at 1:35 PM
To: Jerry Antwon smith <jerryantwonsmith@gmail.com>

Hey, I will contact you via email when you can come get your things. I'm not feeling well from me having to go thru the extras traveling back and forth to retrieve my keys and my dads truck key. all of that was unnecessary and you know it. my iphone and my dads other firestick. You know that I never said that you could keep it, it's not mine to give away.  It's cool I'm not going to debate when I know all the facts when it comes down to the keys, iphone and firestick. And please stop communicating with my mom. You're upsetting her when we have others stating you are not being honest.  How can you sit here and call yourself a king when you tear your queen down, belittle her, embarrass her, take from her, lie to her, call her various type of names bitch, goofy, dumb, stupid, violate her privacy, was I going around telling my people that you were raped in jail ect no! because it wasn't my place to tell them that's your private business. Either way it goes  you knew what my phone meant to me and you decided to hurt me in another form. I can't erase all of the hurt and pain that you have encountered throughout your lifetime. But I'm not going to let you continue to hurt me in the process of you dealing with your anger, social, aggressive & compulsive outbursts, past relationship trauma, deception and manipulation. You need to get help with those things before we can even fathom a marriage either with me or without me. I thought I demonstrated agape love towards you tenderness, kindness, respect,  honor, compassion, nurturing, helping. showing you that i'm not playing games with you mentally physically nor spiritually, why would i be deceptive. I'm a woman of the most high, with my health conditions prior to my stroke? I need love in spite of my health issues, I want to be loved by who God/ Jehovah ordained me to be with. If loving you this bad hurts to the core, what is this? i'm focusing on getting my health together, which i thought i had someone that understood that maybe my health issues are to much for you.     If you love me and miss me then why do negative things that you do?
[Quoted text hidden]

---

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>                    Sun, Dec 29, 2024 at 3:00 PM
To: KLS Rich <1klsrich2@gmail.com>

I just told you come over and here and we can talk being a king or a queen is about accepting responsibility and your faults , if you say I having been there with you through all of the ups and downs cause no relationship is perfect ,but I asked you to come pick out your gift I'll buy  it and we can talk no bickering , u can come over if you like. I got 2 boxer and didn't no one rape me , I was hoping you could've read the files and see what it meant but it medical files from the police. But truth be told I just want talk to you face to face and I do love u and miss you ,but obviously you don't feel that way . I am not speaking on the past because I did you wrong you did me wrong pleasure p . That's not what I would've talked to you about ,but if you only can speak about the bad and not the good how can I do anything to make things better. So I will fall back I told you that was not for free babe

[Quoted text hidden]



Jerry smith

---

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>                    Sun, Dec 29, 2024 at 3:04 PM
To: KLS Rich <1klsrich2@gmail.com>

I hope you feel better baby and get your health together it's not that it's too much ,it's a path where I understand that I
have to accept it or move different. I accept you for who you are and miss you. If you don't want to come see me , it's cool
I don't want to bring no police to your house, like your mama said and get my things I won't just me and you to figure it
without your people involved period so ,get at me and hopefully you don't take to long you know all my stuff is there
boxers socks ,heath record, boxes, clothes back brace and somuch  other stuff. I love and hope you feel better .

Jerry smith
[Quoted text hidden]

---

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>                    Sun, Dec 29, 2024 at 3:05 PM
To: KLS Rich <1klsrich2@gmail.com>

I will stop talking to your mama that's why I'm trying to buy you  your gift and give it to you but ,you don't want one I guess
so I will fall back . Love you

Jerry smith
[Quoted text hidden]

---

**KLS Rich** <1klsrich2@gmail.com>                                    Sun, Dec 29, 2024 at 6:12 PM
To: Jerry Antwon smith <jerryantwonsmith@gmail.com>

*Called Phone company + Warranty cost is. for stolen lost Phone*

Sorry these just came up. I didn't get any notification on my computer. The deductible for my phone is 130 and that is not
guaranteed for all my photos, my song and ect will transfer. No you hurt me so badly mentally / spiritually right now. I
never said relationships are perfect. I accepted the fact that your messed up due to your unlawful mal treatment for years.
However your accountability for your behavior and actions need to be managed better than that. I know that now, your
brain will revert back to your teens and then current age. You talked a lot about getting help in your hearings. it's my fault i
should have taken you to therapy while going myself to cope with my health issues at the very beginning. you say that i
need to apologize for? I'm the one that was laid up in the hospital with a stroke,yes you were there with me. Which was
very much appreciated until your lower self demon came out with the liquor, impulsive compulsive behavior. We need this
time to see things clear in what each person has to do to maintain one's total health. I cant be the cause of your irrational
behavior and you cant be the cause of mines. and for you to have said that i am about a 70 ish damn all that 100%  plus
with my health issues than you ever been with!!!!  So you can miss me with all of that cuz I know I come with good
intentions.  But I don't receive the same all the time. You have my zelle since you trying to buy me something, which
should be the phone, it shoudve never gotten to this point. I gave you the majority of my week 6.5/7 days and that still
wasn't enough for you, morning to night still not good for you, driving here and there still wasnt good enough for you,

taking money out of my budget just so you can have liquor and smokes for us. Did i get that money back no, when you gave me money 0f 100 that all went back to what using the gas, smokes which left 40 and that should've been for the two bottle i had brought back to back, or the balance from sams club? but yet i was still there trying to inform you of how thats not how things go. bills comes first, food and the rest will follow along.   I can apologize for falling in love with someone who doesn't know what Jehovah has instored in me to love you in spite of everything that you have endured spiritually, mentally, physically and sexually. my heart is so broken, disappointed.  i kept telling you to control you outages, before you cause me to have a stroke and i recall asking you is that what you wanted and both of us have high blood pressure...  What i want and need from you to do is seek and attend therapy ASAP.

through it all i still love you and you know that!!!! you know that i miss you and making sure i'm ok on your good side. IM take a nap not feeling well email you later

[Quoted text hidden]

---

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>                    Sun, Dec 29, 2024 at 7:37 PM
To: KLS Rich <1klsrich2@gmail.com>

What about ur sexual shit Karena. Stop u still not owning responsibility for the left sides shit you do miss me with that shit into u accept the shit u do ain't natural sweet heart for real u got me fucked up with I cried for months n u did the same shit u didn't come over my house to get an understanding so I'm gone buy u a phone give u ur gift I got and so be it so lo to be as you say stop acting like an angel wen u a goat own it

Jerry smith
[Quoted text hidden]

---

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>                    Sun, Dec 29, 2024 at 7:38 PM
To: KLS Rich <1klsrich2@gmail.com>

I love u but u ain't perfect or this would not never happen I'm bout to go to church on Sunday with a monster that just offer me head of prison ministries and so much more so it's cool I don't want to see me God do and people's that believe

Jerry smith
[Quoted text hidden]

---

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>                    Sun, Dec 29, 2024 at 7:43 PM
To: KLS Rich <1klsrich2@gmail.com>

Listen I don't want my mama my dad or your people to know we talking or  in a relationship to we fix get counselors and married. My dad not here for couple days that's why I told you come other then that I really was gone be sincere and honest but u said fuck me so what can I do

Jerry smith
[Quoted text hidden]

---

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>                    Sun, Dec 29, 2024 at 7:47 PM
To: KLS Rich <1klsrich2@gmail.com>

Im at my lowest no underwear nothing I didn't leave u like that in hispital with out your health shit but u doing me like that so it's cool Karena  I love u but it's cool Karena

Jerry smith
[Quoted text hidden]

---

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>                    Tue, Dec 31, 2024 at 5:51 AM
To: KLS Rich <1klsrich2@gmail.com>

I was trying to take you out of town to see the ball drop and have a great conversation and gain a understanding with each other. So if you want to go let me know asap cause we have to leave by 11 am. I been trying to come get you a phone so we can talk but you said you don't want to give me my stuff cause you was not ready to talk to me . I think it's been long enough I miss you and love you. Your parents my parents don't have to know anything even though all my mama talk about is you. So if you don't come with me just know I'm still about to stop one or two my vices maybe both. So this was a moment I wanted to share with you, but I understand if you don't want to be with me anymore I just want u to be happy I love you and happy new year eve and new year I hope you are safe and in good spirts.

Jerry smith
[Quoted text hidden]

**KLS Rich** <1klsrich2@gmail.com>                                    Tue, Dec 31, 2024 at 2:49 PM
To: Jerry Antwon smith <jerryantwonsmith@gmail.com>

You know that I love you and miss you. Im not ready yet to travel out of town just yet. I'm still weak, unsteady gait and some more stuff. I'm not thinking about being with anyone on any level because I'm in love with you. Well have to address and execute all the bs insecurities. Bae this hurting more than the physical pain. I would love to be with you right now, but I need to focus on not being stressed out. I'm sorry for not being able to get your things together so that you'll have them quicker than now. And yes I have been reading your files as much as I can before getting tired. I told you that I would read through them it's taking longer than I thought my eyes seems to be having issues after my stroke. But I'm trying to do the best I can.  I want happiness for the both of us if it's together or not and be treated with respect and love. I miss your mom's too!

[Quoted text hidden]

**KLS Rich** <1klsrich2@gmail.com>                                    Tue, Dec 31, 2024 at 3:32 PM
To: Jerry Antwon smith <jerryantwonsmith@gmail.com>

Be safe and enjoy watching the ball drop 🎉, I'll be there in spirit

[Quoted text hidden]

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>                    Tue, Dec 31, 2024 at 3:39 PM
To: KLS Rich <1klsrich2@gmail.com>

I can't enjoy shit without you so thank you for being there how you always been for years I. Spirt

Jerry smith
[Quoted text hidden]

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>                    Tue, Dec 31, 2024 at 3:43 PM
To: KLS Rich <1klsrich2@gmail.com>

Jerry smith
[Quoted text hidden]

Fwd:
When will you be available I'm
not bringing no police cuz that's
not me , I'll bring my mama and I
got stuff in the truck and car so
when can y'all get the keys and I
get my legal work and my
property and you get the keys
your daughter gave me? Yes I
miss and love Karena but we
need a big break I want her to
run through her settlement then
talk to me cause I don't want
nothing of that financial
capacity. So maybe we can be
corgel , but I miss her I haven't
been with a woman yet and I'm
still keeping my promise you
can tell she got that coming
regardless, she know Christmas
I don't celebrate so when I get
this school money I'll surprise
her I got 3 days before I new
years and I'm done with the old
me . So if she can't get her self

She is also welcome for saving her life mama and I'll bring the police when I come back to give her my house keys I told you I will and get my stuff out the house and truck.

My fault I was on phone 219 961 5635 Michelle

Who called about the keys? Give me the name and number so I can call to get it!

Also I lost my job for calling off of work 4 days for your daughter

Fwd:
Call me when You can , they located the car keys and I received calls that made me have to make more calls and they only there until 4 pm.

 **Gmail**            **KLS Rich <1klsrich2@gmail.com>**

## Fwd: Non-Profit formal request
2 messages

**Jerry Antwon smith <jerryantwonsmith@gmail.com>**       Fri, Feb 7, 2025 at 8:17 AM
To: 1klsrich2@gmail.com

---------- Forwarded message ---------
From: **Jerry Antwon smith <jerryantwonsmith@gmail.com>**
Date: Fri, Feb 7, 2025 at 8:16 AM
Subject: Non-Profit formal request
To: canderson@excelcenterhs.org <canderson@excelcenterhs.org>

Dear Dr. Edwards,

I hope this letter finds you well. I am writing to formally request your partnership with the SavingLives2X Program. Our collaboration would allow our board members and mentors to support the Excel/Career Center through motivational speaking, youth events, and general assistance with daily activities.

We propose implementing several vocational programs:

Music Business Program

- Led by Jerry A. Smith
- Based on "Everything You Need to Know About Music"
- Focuses on business fundamentals before recording
- Operated through my LLC 8100 and upcoming record label
- Graduates can record demos and potentially sign with our label
- Provides youth with a positive creative outlet

Legal Education Initiative

- Led by Jerry A. Smith
- Covers juvenile and adult law fundamentals
- Uses the Self-Help Litigation Manual and Indiana Trial Rules
- Teaches constitutional rights and legal procedures
- Includes motion filing and certificate of service instruction
- Designed to progress into college-level studies

College Preparation Program

- Led by Michelle Biask, Ivy Tech Director
- Covers early college registration
- Financial aid application assistance
- My Ivy account navigation training

Healthcare Training

- Supervised by Vice President Karena, MSN
- 20 years of nursing experience
- CPR certification
- Based on CNA training curriculum

Personal Mentorship

- Monthly motivational speaking sessions
- Sharing personal experiences

- Including insights from my upcoming book "Tears of Joy, Pain, and Hurt"

I am available to support your events through positive music performances, youth outreach, or physical assistance. Please review, sign, and return the enclosed partnership form.

Thank you for your consideration.

Best regards,

Jerry A. Smith 2707 Adams Street Gary, Indiana 46407 219-201-6220 savinglives2xprogram@gmail.com

| Copy | Retry |

⊂▭⊃

📄 **formal.request for.partnership of entities.docx**
24K

---

**Jerry Antwon smith** <jerryantwonsmith@gmail.com>             Tue, Feb 11, 2025 at 12:28 PM
To: 1klsrich2@gmail.com

If you can please not speak with karean Richardson about my non profit organization ,I'm sorry to inform you that she is no longer involved with savinglives2xprogram due to negative behavior and actions from the dark side that we will not be a part of . So she has been removed from savinglives2xprogram vice president position and please do not speak to her. I will be going to Lake county soon , if you would like to go with me , I will love that. So let me know when you are available the end of the month. So you can look forward to my call only thank you.
Have a blessed day
President of savinglives2xprogram
Jerry A. Smith

[Quoted text hidden]

February 6, 2025

To Whom It May Concern:

I have had the pleasure of knowing Karena Richardson since 1994. We worked closely together on projects in high school and have continued to work closely with one another over the years. Ms. Richardson assisted me with my Masters of Social Work practicum when I needed to complete an assessment. She was able to role play as my client and helped me to hone in on my interviewing skills. In addition, she has allowed me to interview her on numerous occasions for various coursework assignments. Ms. Richardson was able to assist me in improving my assessment skills. I attribute that to her Master of Science in Nursing program. She is very proficient in her attention to detail and proficient in her analysis skills. Ms. Richardson has a strong work ethic, and she is dedicated to helping her community. She is an advocate that wants to ensure that all of her patients have a voice and that they receive equitable and quality treatment. She possesses great interpersonal skills in which she is able to connect with individuals across all generations, ethnicities, and socioeconomic backgrounds.

I believe that Ms. Richardson will be a valuable asset to any organization. With her commitment to her patients, business acumen, and expertise in the nursing profession, I know that she will make lasting contributions. If you have any questions that you would like to ask me, please feel free to contact me ▅▅▅▅▅▅▅▅▅

Sincerely,

*Erica* ▅▅▅▅▅▅▅▅▅

Erica ▅▅▅▅▅ MBA/MDiv, LMSW



Saving Lives 2x's
"You Said It, I Didn't"!
(219) 777-6560 / (219) 314-4484
savinglives2xprogram@gmail.com

November 2024

Dear  Community Establishments,

Saving Lives 2x "You said, said it I didn't"! Program, offers services to youths in Crown Point Juvenile Detention Center along with the surrounding communities. We cater to the youths to assist those with criminal charges, addictions, integrity, behavioral/mental health, spirituality and daily living. Saving Lives 2x "You said, said it I didn't"! Program, also  educates the youths in various areas such as Law, Entertainment, Health, Arts, and Community relations.

We are asking that your establishment in the community will assist the program by means of tax exemption, donations and employment opportunities. We look forward to our endeavors to provide an established environment for our youths in the community. Please feel free to contact via email Savinglives2xprogram@gmail.com or 219- 314-4484 /   219-777-6560.

Best Regards,

Saving Lives 2Xs "You said it I didn't"! CEO, Jerry A. Smith



# Saving Lives 2X's
## "You said it, I didn't"!

Listening to the calling of youths Acknowledge morals, value, respect, dignity,and helping with all addictions.This will create a better future......" I Rather Save A Life , Then Take One"

Savinglives2xprogram@gmail.com (219.777.6560)
Jerry Smith CEO / Karena Richardson (219)201-6440







# Sept 2024 Notes

Cadence  Email Communications  ▾

PREA Training Sept 2024

Participants  CEO Smith  Mariah

## Agenda

| Topic | Time | File |
|---|---|---|
| Topic 1  PREA Training Session Communication | 10 min | |
| Topic 2  Volunteer requirements | 10 min | |
| Background clearance, PREA Training, age appropriate with adult consent to participate. | | |
| Topic 3  Volunteering days | 8 min | |

| Topic | Time | File |
|---|---|---|

Mon–Sun; weekday after classes, weekend 8am – 4pm, must inform Mariah beforehand for approved dates and times

| Topic | Time | File |
|---|---|---|
| Topic 4 PREA Training | 1 hour 45 mins | |

Sep 1, 2024

# Project debrief

## Project updates

- Document proof of PREA Training and relevant information to continue partnering with Mariah
- Celebration of now being able to start planning for the 1st Saving Lives 2x's "You said it I didn't"
- Get members to sign up for volunteering complete application for background check
- PREA next availability

## Challenges and dependencies

- Note current obstacles gathering members to commit to programs outside of work and personal life.
- Identify future challenges obtaining family members that are committed to formulating a schedule that is conducive to a juvenile schedule.

# Next steps

## Action items

☐ Find more assistance for Saving Lives 2x's "you said it I didn't"
☐ Work on organizing paperwork for the program.

## Topics for future discussions

- Have board member get background check and PREA Training



# Sept 2024 Notes

Cadence  Bi-weekly ▾

Event 09/06/24

Participants  KLS Rich   CEO Smith

## Agenda

| | | |
|---|---|---|
| **Topic: Introduction to Saving Lives 2x's "you said it I didn't"** | **Time** | **1hr:45 min** |
| Topic 1 This is a discussion that we had regarding the Saving Lives 2x's Program. We both discussed how beneficial it would be to include the girls into the program as well. Mr. Smith and myself decided to align together to assist this population of youths in the juvenile detention center. | 45 min | |
| Topic 2 | 3 min | |
| Topic 3 | 30 min | |

# Next steps

## Action items

- ☐ Continue to work on progression with the youths holistically, realistically, spiritually.
- ☐ Get youth resources for juvenile court system
- ☐ Get count of Youth's food.

## Topics for future discussions

- Discuss collaboration with businesses that could also be a benefit to the adolescents decreasing recidivism
- Collaborate with teen's in the community that could peer-mentor, motivational conversation, completion of high school diploma, GED, college readiness, job application, interviewing process, job placement, transportation, shelter,

# Oct 2024 Notes

Cadence Bi-weekly ▾

PREA Training/ Background check introduction 10/13/2024

Participants  KLS Rich   CEO Smith   jerryantwonsmith@gmail.com Mariah

## Agenda

| Topic | Time | File |
|---|---|---|
| Topic 1 Confirming PREA and background check | 10 min | |
| Topic 2 Discussed what is needed for a continued alliance with the Juvenile System | 1 hour 45 min | |
| Topic 3  Discusses budget for 1st launch luncheon | 10 min | |
| Topic 4  Reach out to donors for assistance | 2 hour 30 min | |

10/24/24

# Project debrief

## Project updates

- Document needed for tax exemption
- Ordered food for Launching of Saving Lives 2x's "You said it I didn't" luncheon
- Get perishable items beforehand
- Email Communication with Mariah 10/12/2024-10/20/2024
- Completion of KLS's PREA Training on 10/26/ 2024 Saturday 9:00 a.m-10:45 a.m.,

## Challenges and dependencies

- Note current obstacles traffic, making sure we reach the intellect of the youths in their current situation, not being receptive of the message being delivered.
- Identify future challenges identifying the youth learning needs, social needs and self assessment.

10/24/24

# Project debrief

## Project updates

- Document needed for tax exemption
- Ordered food for Launching of Saving Lives 2x's "You said it I didn't" luncheon
- Get perishable items beforehand
- Email Communication with Mariah 10/12/2024-10/20/2024
- Completion of KLS's PREA Training on 10/26/ 2024 Saturday 9:00 a.m- 10:45 a.m.,

## Challenges and dependencies

- Note current obstacles traffic, making sure we reach the intellect of the youths in their current situation, not being receptive of the message being delivered.
- Identify future challenges identifying the youth learning needs, social needs and self assessment.

# Nov 2024 Notes

Cadence `Bi-weekly ▾`

Event 11/9/2024 1st Saving Lives 2x's "You said it I didn't" Luncheon

Participants  CEO Smith  KLS Rich

## Agenda

| Topic | Time | File |
|---|---|---|
| **Topic 1** All foods must be pre approved by nurse<br>Include nutrition data beforehand<br>No caffeine products, candy<br>All food must come from a catering or restaurant | 10 min | |
| Topic 2 Brief intro | 20 min | |
| Topic 3 Luncheon | 45 min | |

Basics of music production and marketing.

Activities:

Case studies of successful music professionals.

Hands-on activity: Creating a simple music track or marketing plan.

Break Time (15 minutes)

Additional refreshments and social time.

Segment 3: Motivational Talk and Life Lessons (45 minutes)

Topics Covered:

Your personal journey and experiences.

Overcoming obstacles and staying motivated.

Activities:

Motivational speech.

Open floor for questions and discussions.

Review and Essay Writing (30 minutes)

Review Test Sheet:

Short quiz covering key points from the session.

Essay Writing:

Topic: "What I Learned Today and How It Will Help Me in the Future."

Prizes:

Best essays (1st, 2nd, and 3rd place) receive prizes.

Long-Term Objectives

Building Relationships with LCJC:

Regular visits and consistent engagement to establish trust and rapport.

Collaboration on projects like building a law library.

Mentorship and Artist Development:

Identifying and mentoring talented individuals.

Signing a couple of artists within a year.

Topic 4 Curriculum                                                    1 hour 45
min

Juvenile Education, Law, and Music Business Curriculum

Frequency: Once every 3 months

Duration: 3 hours per session

Session Breakdown

Introduction and Icebreaker (15 minutes)

Brief introduction of yourself and the purpose of the program.

Icebreaker activity to engage the kids and make them comfortable.

Segment 1: Understanding Juvenile Laws and the U.S. Constitution (45 minutes)

Topics Covered:

Overview of juvenile laws and rights.

Key amendments in the U.S. Constitution relevant to juveniles.

Importance of knowing your rights and responsibilities.

Activities:

Group discussion on real-life scenarios and legal rights.

Interactive Q&A session.

Break Time (15 minutes)

Provide food and refreshments.

Allow kids to relax and socialize.

Segment 2: The Business Behind Music (45 minutes)

Topics Covered:

Overview of the music industry.

Different career paths in music (e.g., artist, producer, manager).

# Next steps

## Action items

- ☐ Continue to work on progression with the youths holistically, realistically, spiritually.
- ☐ Get youth resources for juvenile court system
- ☐ Get count of Youth's food.

## Topics for future discussions

- Discuss collaboration with businesses that could also be a benefit to the adolescents decreasing recidivism
- Collaborate with teen's in the community that could peer-mentor, motivational conversation, completion of high school diploma, GED, college readiness, job application, interviewing process, job placement, transportation, shelter,

Establishing a Group Home:

Creating a supportive environment similar to the Alternative House in Gary.

Providing resources and guidance for both boys and girls.

This curriculum provides a comprehensive structure for your sessions, ensuring that the kids are engaged, educated, and inspired. It also includes breaks for food and socializing, making the experience enjoyable and interactive.

Had 1:1 sessions regarding some of the juvenile cases that are in need of assistance for lawyers and assisting with legal work.

45G01-2307-MR-00031

45G01-2308-F4-000129

45G001-23207-F5-00366

# Project debrief

## Project updates

- Meeting with Mr. Mister on 11/13/24
- collaboration with 503 C entities
- Licensure?
- Tax Exemption?
- (get ahold of Gary property owners for homes
- **Would we need to complete something with DCFS?**
- https://www.in.gov/dcs/placement/#:~:text=The%20Indiana%20Department%20of%20Child,the%20Residential%20Licensing%20Email%20Box.&text=Agencies%20currently%20licensed:,Licensed%20Private%20Secure%20Facilities
- https://www.in.gov/dcs/files/FA-20-84-DCS-Residential-Contract-2021.pdf

- https://www.in.gov/dcs/files/Licensed-Child-Placing-Agency-2020-contract.pdf

- codes :
- https://iga.in.gov/laws/2019/ic/titles/31#31-27

- Charter organization join with others that have certain criteria

# DEC 2024 Notes

Cadence  Bi-weekly ▾

12/9/24

Participants   KLS Rich Minister Ericka

## Agenda

| Topic | Time | File |
|---|---|---|
| Topic 1 Discuss what it would take for Minister Erica to practice her ministerial, licenced social work and Business skills to join Saving Lives 2x's Program in Indiana. | 2 hours 35 min | |
| Topic 2 Discussion about her experiences operating her and colleagues  after school program for the youths in Illinois | 1 hour 10 min | |
| Topic 3 Discussion of how to obtain grant funding | 2 hours 18 min | |

## Challenges and dependencies

- Note current obstacles obtaining funding, local community support
- Identify future challenges meeting all deadlines and also making sure we continue to adhere to laws, statues, policy and procedures that's in the best interest of the youth and community.

# Next steps

## Action items

- ☐ Fill out paperwork for exemptions, and licensure
- ☐ Plan for next gathering for Saving Lives 2x's Program

## Topics for future discussions

- Introduction to scholarship essays, poems, essays, plan of action, finance and health
- Work on housing program to shelter the youth's after discharge to continue services that were provided while being at Juvenile Center

12/19/24

# Project debrief

## Project updates

- Documents filled out to be reviewed before submitting application for funding support of Saving Lives 2x's Program
- Obtain letters of volunteers to be added to organization
- Continue to maintain communication with Mariah for the next scheduled visits.

## Challenges and dependencies

- Maintaining efforts to obtain better transportation to complete the mission of visiting the youth, shelter, food, supplies for activities and other services.
- Continue to monitor the deduction of juvenile delinquency

# Next steps

## Action items

- ☐ Obtain a count of youths that are currently detained.
- ☐ Prepare for next Saving Lives 2x's Program Motivational Speaker

## Topics for future discussions

- Discuss next topic focus for 2025
- Start working on music therapy



# Hammond Police Department

Police Report for Incident 24H70699

| | |
|---|---|
| **Nature:** Domestic Dist | **Address:** 7010 VAN BUREN AVE |
| **Location:** HB6 | HAMMOND IN |

**Offense Codes:**

| | | |
|---|---|---|
| **Received By:** VAN VOLKENBURGH | **How Received:** T | **Agency:** HAPD |

**Responding Officers:**

| | |
|---|---|
| **Responsible Officers:** JURANOVICH A | **Disposition:** CRO 11/08/24 |
| **When Reported:** 21:34:31 10/27/24 | **Occurred Between:** 21:34:31 10/27/24 and 21:35:59 10/27/24 |

**Complainant:**

| | | | |
|---|---|---|---|
| **Last:** | **First:** | | **Mid:** |
| **Race:** | **Sex:** | **Phone:** | **City:** , |

| | |
|---|---|
| **Responsible Officer:** JURANOVICH A | **Agency:** HAPD |
| **Received By:** VAN VOLKENBURGH | **Last Radio Log:** 21:48:22 10/27/24 CMPLT |
| **How Received:** T Telephone | **Clearance:** CRO Cleared, Responding Officer |
| **When Reported:** 21:34:31 10/27/24 | **Disposition:** CRO **Date:** 11/08/24 |
| **Judicial Status:** RECR | **Occurred between:** 21:34:31 10/27/24 |
| **Misc Entry:** | **and:** 21:35:59 10/27/24 |

## Narrative

Sun Oct 27 22:48:11 2024- A. Juranovich 671

    I was dispatched to 7010 Van Buren avenue for a domestic disturbance. Upon arrival I spoke
to the reporting party and she stated her and her boyfriend got into an argument and he
trashed the home. There was trash from the garbage bin over the floor but nothing was broken
or destroyed. Both parties were advised and nothing criminal occurred. The female gathered
some belongings and stated she is leaving for the night.

VJB Hdjc

2-13-25  M. Math



# Hammond Police Department

## Police Report for Incident 24H83423

| | |
|---|---|
| Nature: Theft | Address: 7010 VAN BUREN AVE |
| Location: HB6 | HAMMOND IN |

Offense Codes:

Received By: CONLEY C     How Received: T     Agency: HAPD

Responding Officers:

Responsible Officers: DANIELS BE     Disposition: ACT 12/26/24

When Reported: 20:30:20 12/26/24     Occurred Between: 00:00:00 12/15/24 and 00:00:00 12/24/24

---

Complainant: 24N077539

Last: SEALS RICHARDSON     First: KARENA     Mid:

Race: B     Sex: F     Phone:     City: HAMMOND, IN

| | |
|---|---|
| Responsible Officer: DANIELS BE | Agency: HAPD |
| Received By: CONLEY C | Last Radio Log: 21:04:06 12/26/24 CMPLT |
| How Received: T Telephone | Clearance: RPT Offense Report Taken |
| When Reported: 20:30:20 12/26/24 | Disposition: ACT Date: 12/26/24 |
| Judicial Status: RECR | Occurred between: 00:00:00 12/15/24 |
| Misc Entry: | and: 00:00:00 12/24/24 |

## Narrative

Thu Dec 26 20:30:00 2024: Corporal B. Daniels #634

On the above date and time I was working as Hammond Unit HA3P4 in full police uniform and driving fully marked squad #2002. While on patrol  was dispatched to 509 Douglas St. (Hammond Police Department) Hammond, Lake County, IN reference a theft of firearms report. Once on scene I spoke with Karena Seals Richardson who stated while see was in the hospital her firearms were stolen from her residence (7010 Van Buren Ave. Hammond, Lake County, IN). Seals Richardson stated her fiancé had the keys to her residence when she went to the hospital. Seals Richardson stated she was then released approximately two weeks later on 12/22/2024 and when she returned home she could not find her firearms that she kept in her residence. Seals Richardson stated her Walther P22 and Canik TP9SF Elite were missing. Seals Richardson stated she does not know if her fiancé stole her firearms but she believes it may have been someone he brought to her residence while she was in the hospital.

It should be noted Seals Richardson was unable to provide serial numbers for either firearm. I advised Seals Richardson to obtain the information from the stores she bought her firearms from to update the report and enter the firearms as stolen. It should also be noted Seals Richardson would not provide any information for her fiancé.

I then gave Seals Richardson a victim information sheet and advised instructions to obtain a copy of her police report from the Hammond Police Department.

2.18.25     131 8R

On Dec 26, 2024

Keys were brought in to me Michelle
at the location 1905 6 Calumet The indin
stated that someone has lost their keys
in the parking lot. I gave the indval
instructions on how one would retrieve lost keys
A few hours ~~later~~ the owner of the key
Karena Richardson identified the keys and
also showed me a picture of the Suspecte
indval whom took her keys which was
Jerry Smith. bringing the keys in cu losted
the parking lot. Ms. Richardson was on the
facilts in Dyer\ Munster for hospitalizat
not at this location.

Proof he had keys

M (/ M.

Name: Karena L Seals Richardson | DOB: 9/26/1980 | MRN: E1444382 | PCP: Barnard D San Gabriel, MD | Legal Name: Karena
Seals Richardson

# Significant Event
Signed Dec 22, 2024

### Significant Event by Nurse Stephanie E at 12/22/2024  9:14 AM

Patient and significant other were overheard having an altercation and then seen significant other leaving the room with two bags of belongings. A couple minutes later seen the significant other back in the room. I took patient to the bathroom and asked if she would like him out the room and she typed on her phone "no, his mother is picking him up." 10 minutes later patient requested a visitor restriction order and called security and she stated that significant other has took her cell phone and other belongings. Patient fill out visitor restriction order. Visitor restriction order is placed in patient chart.

MyChart® licensed from Epic Systems Corporation© 1999 - 2025



# Hammond Police Department

## Police Report for Incident 25H32030

| | |
|---|---|
| **Nature:** Intimidation | **Address:** 7010 VAN BUREN AVE |
| **Location:** HB6 | HAMMOND IN |

**Offense Codes:**
**Received By:** LATIKER A     **How Received:** O     **Agency:** HAPD
**Responding Officers:**
**Responsible Officers:** LATIKER A     **Disposition:** ACT 05/15/25
**When Reported:** 12:25:24 05/15/25     **Occurred Between:** 00:00:00 02/10/25 and 22:00:00 02/10/25

**Complainant:** 24N077539
**Last:** SEALS     **First:** KARENA     **Mid:**
    RICHARDSON
**Race:** B     **Sex:** F     **Phone:**     **City:** HAMMOND, IN

| | |
|---|---|
| **Responsible Officer:** LATIKER A | **Agency:** HAPD |
| **Received By:** LATIKER A | **Last Radio Log:** 12:48:48 05/15/25 CMPLT |
| **How Received:** O Officer Initiat | **Clearance:** RPT Offense Report Taken |
| **When Reported:** 12:25:24 05/15/25 | **Disposition:** ACT Date: 05/15/25 |
| **Judicial Status:** RECR | **Occurred between:** 00:00:00 02/10/25 |
| **Misc Entry:** | **and:** 22:00:00 02/10/25 |

## Narrative
Thu May 15 12:31:47 2025

KARENA SEALS RICHARDSON ▇▇▇▇▇▇▇ stated that her ex boyfriend ▇▇▇▇▇ ▇▇▇▇▇▇
intimidated her. Richardson stated ▇▇▇▇ pinned her against a wall in her house and punched
the wall scaring her and said "that should have been your face".

Richardson stated that she was afraid that she would be hit by ▇▇▇▇ and that ▇▇▇▇ also told
her mother the same statement, to which Richardson's mother told him to leave.

This certifies that this is a true and
complete copy of the police record on
file with the Hammond Police Department.

5/19/2025 #134
Date Issued     Keeper of Records

05/19/25





# The Patch Boys of Lake and Porter Counties

503 Conkey Street | Hammond, Indiana 46324
2192462696 | Lakeporterco@thepatchboys.com | https://www.thepatchboys.com/lake-porter-counties

RECIPIENT:

**Karena Richardson**

7010 Van Buren Avenue
Hammond, Indiana 46324



| Quote #1195 | |
|---|---|
| Sent on | Aug 06, 2025 |
| **Total** | **$428.00** |



## Project summary

Dear Karena Richardson,

Thank you for providing the photos of the repair areas. We have updated your preliminary quote to reflect the scope of work shown in the images.

| Product/Service | Description | Qty. | Unit Price | Total |
|---|---|---|---|---|
| Drywall Repair | We will repair the small damage shown in your photos. This includes patching and finishing both areas to a smooth, paint-ready surface.<br><br>Includes: All necessary planning, drywall materials, joint compound, tape, sandpaper, equipment, area preparation and protection, setup, and cleanup. | 1 | $250.00 | $250.00 |
| | | | | *Optional* |
| Painting | After the drywall repairs are completed, we will paint match and blend the repaired spots to the existing wall and ceiling color.<br><br>Includes: All necessary planning, paint materials, equipment, and cleanup. | 1 | $150.00 | $150.00 |



# The Patch Boys of Lake and Porter Counties

503 Conkey Street  |  Hammond, Indiana 46324
2192462696  |  Lakeporterco@thepatchboys.com  |  https://www.thepatchboys.com/lake-porter-counties

| | |
|---|---|
| **Subtotal** | $400.00 |
| **Indiana State (7.0%)** | $28.00 |
| **Total** | **$428.00** |

## Attachments

View online https://l.jbbr.io/aGJoa6X

📎  TPB Review 2.png

📎  TPB Review 9.png

📎  The Patch Boys - Brochure (Residential) - Digital.pdf

This quote is valid for the next 30 days, after which values may be subject to change.

MR PERFECT PAINTING &
HOME IMPROVEMENT          708-986-9939

**Invoice**                                              684722

SOLD TO  KARENA Richardson
ADDRESS  7010 VAN BUREN AVE
CITY, STATE, ZIP  HAMMOND, IN 46324

SHIP TO
ADDRESS
CITY, STATE, ZIP

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|
|  |  |  |  |  |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
|  |  | HOLE IN BEDROOM WALL WILL BE PATCHED, SANDED, TEXTURED AND PAINTED TO MATCH EXISTING PAINT COLOR. | 300.00 | 1 | 325.00 |

Estimate on
Wall



# Hammond Police Department
Police Report for Incident 25H18847

Nature: Welfare Check
Location: HB6

Address: 7010 VAN BUREN AVE
HAMMOND IN

Offense Codes:
Received By: MIZE K
Responding Officers:
Responsible Officers: LOPEZ ALON
When Reported: 15:08:53 03/21/25

How Received: T

Agency: HAPD

Disposition: CRO 03/21/25
Occurred Between: 15:08:53 03/21/25 and 15:12:46 03/21/25

Complainant: 24N077539
Last: SEALS
RICHARDSON

First: KARENA

Mid:

Race: B        Sex: F        Phone:          City: HAMMOND, IN

Responsible Officer: LOPEZ ALON
Received By: MIZE K
How Received: T Telephone
When Reported: 15:08:53 03/21/25
Judicial Status: RECR
Misc Entry:

Agency: HAPD
Last Radio Log: 16:16:18 03/21/25 CMPLT
Clearance: CRO Cleared, Responding Officer
Disposition: CRO Date: 03/21/25
Occurred between: 15:08:53 03/21/25
and: 15:12:46 03/21/25

## Narrative
Fri Mar 21 16:13:52 2025- A. Lopez #675

Karena advised she made several reports on her ex-boyfriend ▓▓▓▓▓▓, who keeps harassing her after she has told him to stop contacting her. He is known to drive a tan GMC van Indiana plate.

State wellness check
Showed hole in wall
Spent 30 min talking
I officer 1 of them
Knows D.V.
Informed them of 2/10/25
State sent wellness
check

5-15-25        #132

STATE OF INDIANA ) IN THE LAKE SUPERIOR COURT CIVIL
COUNTY OF LAKE ) SS: DIVISION 5
 ) COURT 45D05

Karena Richardson, )
Petitioner )

Filed in Open Court
February 28, 2025
Lake Superior Court
Civil Division, Room 5
NT

vs. )     Case Number 45D05-2502-PO-000298
 )     Petition Filing Date 2/28/2025

Jerry A Smith, )
Respondent )

## ORDER DENYING PETITION FOR AN ORDER FOR PROTECTION

The Petitioner filed, on the 28th day of February, 2025, a Petition for an Order for Protection. The Court, being duly advised, hereby finds as follows:

The Petitioner has not shown, by a preponderance of the evidence, that domestic or family violence or harassment has occurred sufficient to justify the issuance of an Order for Protection.

IT IS THEREFORE ORDERED BY THE COURT that the Petition for an Order for Protection is hereby denied.

Date:  02/28/2025              Approved and ordered by:

_____
HON JEFFREY MILLER,  Pro Tem


Copies to:      Petitioner and Respondent

STATE OF INDIANA     )
                     ) SS:
COUNTY OF _____    )

IN THE _____ COURT _____
(_____ DIVISION, ROOM ____)
CASE NO. 45D05 2 5 0 2 PO 0 0 2 9 8

_Karena L J Richardson_
**Petitioner (Your Name)**

vs.

_Jerry Antwon Smith_
**Respondent (Person to be Restrained)**

)
)
)
)
)
)
)
)

**Filed in Clerk's Office**

FEB 2 8 2025

_Michael A. Brown_
CLERK LAKE SUPERIOR COURT

## PETITION FOR AN ORDER FOR PROTECTION AND REQUEST FOR A HEARING—Filed by Person Seeking Protection

**IMPORTANT: This is a public document and a copy of it will be placed in the Court's file. A copy may also be sent to the Respondent.**
**(Check those which apply)**

1. **I am filing this Petition for myself:**

   __X__ a. I am or have been a victim of domestic or family violence;
   _____ b. I am or have been a victim of a sex offense;
   _____ c. I am or have been a victim of stalking;
   __X__ d. I am or have been a victim of repeated acts of harassment.

2. **The Respondent's relationship to me is:**

   a. the Respondent is my family or household member *(check only the line which best applies)*:
   _____ the Respondent is my spouse;
   _____ the Respondent used to be my spouse;
   _____ the Respondent and I resided together in an intimate relationship;
   _____ the Respondent and I have a child in common;
   __X__ the Respondent and I are dating, or have dated, each other;
   __X__ the Respondent and I are, or have been, engaged in a sexual relationship;
   _____ the Respondent and I are related by blood or adoption. The Respondent is my _____;
   _____ the Respondent and I are, or used to be, related by marriage. The Respondent is my _____;
   _____ the Respondent is, or used to be, my guardian;
   _____ the Respondent is, or used to be, my ward;
   _____ the Respondent is, or used to be, my custodian;
   _____ the Respondent is, or used to be, my foster parent; or,
   _____ I am a minor child of a person in one of the types of relationships described above.

1

___ I have adopted the child of the respondent.

*If Respondent is not a family or household member as indicated above, but Respondent has committed stalking, a sex offense, or repeated acts of harassment (check only the line below which best applies):*

b. ___ the Respondent has committed stalking against me.

c. ___ the Respondent has committed a sex offense against me.

d. ⨯ the Respondent has committed repeated acts of harassment against me.

3. **How old is the Respondent?** _39_ years old.

4. **Please list all cases (divorce, protection orders, paternity, guardianship, criminal, juvenile, civil) involving the Respondent, yourself, or a child you have with the Respondent** *(attach additional sheets of paper if necessary):*

| Case Name | Case Number | County & State |
|---|---|---|
| There are multiple for Jerry A Smith | | |

_____ Continued on Attachment 4a.

5. **This case is filed in this county because:**

⨯ a. the Respondent lives in this county.

⨯ b. the incident(s) of domestic or family violence, stalking, sex offense, or harassment happened in this county.

⨯ c. I live in this county.

6. **If you are not represented by an attorney, fill in your public mailing address:**

_____

This address will not be kept secret, so you should use a mailing address that you feel comfortable having public. The address you place on the Confidential Form, PO-0104 will be kept confidential. If the Court grants the order, you may be eligible to obtain a confidential address through the Attorney General's Address Confidentiality Program (ACP). Email the ACP at: confidential@atg.state.in.us to get information on how to participate in that program.

7. **The Respondent has committed the following act(s) of domestic or family violence, stalking, sex offense, or harassment** *(check those which apply):*

⨯ the Respondent attempted to cause physical harm to me;

⨯ the Respondent threatened to cause physical harm to me;

___ the Respondent did cause physical harm to me;

OJA-PO-0100 Approved 07/02
Rev. by Ind. Office Ct. Serv. 7/19

___ **Y** the Respondent placed me in fear of physical harm;

___ the Respondent caused me to involuntarily engage in sexual activity by force, threat of force, or duress;

___ the Respondent committed stalking against me;

___ the Respondent committed a sex offense against me;

___ the Respondent committed an act of animal cruelty by beating, torturing, mutilating, or killing a vertebrate animal without justification with an intent to threaten, intimidate, coerce, harass or terrorize a family or household member;

___ **X** the Respondent committed repeated acts of harassment against me.

8. **Describe what happened in each of the above incidents including the date(s), place(s) and witnesses to each incident** *(attach additional sheets of paper if necessary)*:

See Attachment e mall

**Date of Incident #1:** Oct 27, 2024

**Place of Incident:** Karena place of residence

**Description of Incident:**

Jerry Smith had poor dat trash all through my house, along with clothes, mustard throughout house police was called

List the names of all of the people who were present during the incident. You must include your own name if you were present:

Karena Richardson

Jerry Smith

**Date of Incident #2:** 12/20/24 - 3/26/24

**Place of Incident:** Pyer Hospital St. Francisan

**Description of Incident:**

Jerry Smith was being loud in my hospital room (Karena) was asked to leave, staff took my cell phone, hose a dad's truck keys for a week a Dropped from St fran

List the names of all of the people who were present during the incident. You must include your own name if you were present:

Jerry Smith    Roslynn Taplett    items were missing Report done

Karena Richardson    Belinda Barrent    in Munster

St Francisan Staff Stroke Rehab

**Date of Incident #3:** Feb 10, 2025

**Place of Incident:** Karena Richardson Blue Residence

**Description of Incident:**

Smith became agressive complove yelling screaming Punching wall in my hall, slaming doors, invading personal space putting his index & middle figure into my temple while yelling screaming

List the names of all of the people who were present during the incident. You must include your own name if you were present:

Jerry Smith   Karena Richardson    Punch the wall right by my head

Rosalynn Taplett

OJA-PO-0100 Approved 07/02
Rev. by Ind. Office Ct. Serv. 7/19



**You informed me to email you, Karena Richardson ex-fiance of Jerry Smith PLEASE I DON'T WANT HIM TO KNOW he will retaliate if I impede on his parole violations!!**

1 message

Filed in Clerk's Office

FEB 2 8 2025

Michael A. Brown

**KLS Rich <1klsrich2@gmail.com>**
To: alatlker@hammondpolice.com

Thu, Feb 20, 2025 at 8:00 AM

Hello,

Jerry A. Smith (DOB 5/1/1986) and I meet at my doctor's office a few months ago. He serenade me with believing that he was understanding of my health conditions the knowing and unknown which made me fall for him. However during this relationship there were several altercations that have taken place. One in which is on file from him throwing trash and mustard all throughout my house in Oct 2024. Another documented occurrence was in Dec 2024.

As I reviewed the records had the incorrect dates on them and I know Mr. Smith would use that in his defense since he's attending Ivy Tech where he's pursuing his law degree.
I had my stroke on 12/15/24 at St. Franciscan hospital off of Superior Ave in Munster and was hospitalized until 12/24/24 released from St Franciscan Stroke Rehab in Dyer. During the time at my rehabilitation center in Dyer. Mr. Jerry A Smith became disrespectful and loud. Then was asked to leave by the nurse. When Mr. Smith returned he was still disrespectful and the nurse put his things on a cart to take them with him due to his nature of being disrespectful. They gave him all of his belongings. Upon exiting my room Mr. Smith snatches the room telephone cord from the wall, as I was on my cell phone talking with his mother. Mr. Smith snatches my iPhone from my hand while I'm laying the hospital bed screams to his mother " don't listen to this b......' and puts my phone in his inner coat pocket. As I'm screaming for him to give me my phone back he also has all of my keys along with my father's truck key attached. I told him that since he's leaving leave my keys with me. I had the staff on alert that he has my belongings. For the remainder of my stay Mr. Smith still had my belongings. I had several individuals that I shared my location with give me the location as to where my phone was at. I then researched the address and owner of that address and spoke with the owner I explained that my iPhone gave her address. Mr.Smith scanned the yard while his mother waited in her truck. Still no iPhone. (I have computer text messages between the owner and myself, if needed). My iPhone have a lot of personal information of mines, and family members as well.

I made the staff and security aware of Mr. Smith having my belongings the kept my dad's vehicle under surveillance. One of my therapy sessions I had the therapist take me to the vehicle to see if Mr. Smith left them in the vehicle, they weren't there. Mr. Smith states that the officer took my keys from him. Security check on the camera there was no evidence of keys exchanged per the security officer that was there during this offence. When I got released on Christmas Eve I was told to contact Dyer Police Station to see if they had my keys the Police Station was closed until after Christmas. The day after Christmas I was taken to Dyer Police Station to see if there was any report or lost keys given. While at the Dyer Police Station, my mother called me and informed me that Mr. Smith had received a call about my keys which had no identifier attached to them indicating that they were mines. Mr. Smith then gave my mother a contact name and number as where I can retrieve my keys. When I arrived at the St. Franciscan hospital in Munster off of Calumet ave by the Burger King, the receptionist handed me my keys after informing her that it has a light blue ring on them, I asked how did my keys get there when I was in Dyer. She asked me if I had an idea as to who had my keys I gave them the description of Mr. Smith and she confirmed that it was him that brought my keys to her stating that he found them in the parking lot.

My room key was on my key ring and that's when I noticed that my firearms were missing. There is only one key that is made and Mr. Smith was in possession of them. I made a report that my guns were missing or stolen in fear that he would do something to me if his name is associated with my items while he's on parole. That's why I didn't disclose his information, I have seen him get extremely confrontational and revert to his incarceration mindframe. We patched things over however still didn't recover my firearms.

Moving to the recent incident where enough is enough one evening he confronted the man I call my step dad in a hostile manner and confrontational. Stating that if my room wasn't locked he would've used the pistol on him. Upon my step dad and mom returning back to my home Mr. Smith became very verbally abusive and punched a hole into my wall directly by my head. He goes outside to the vehicle where my mom and step dad was at in front of my house he's making more verbal threats while being halfway into the vehicle across my mom. She kept telling him to calm down Mr. Smith then walks away from the vehicle throws his coat to the grown still making verbal threats. Being that Mr. Smith was intoxicated my step dad drove off to diffuse the situation.

Still making excuses for Mr. Smith behavior we stayed together. Until his last disrespectful mannerism which invaded my personal space was in my face yelling with spit coming from his mouth onto my face and glasses as he was in his intoxicated state slamming doors, yelling and banging on the dining room table Mr.Smith was then asked to leave my premises after I gave him back his one time ever payment of $619 for using one of my rooms for office space the same day it was zelled to me. Mr. Smith first time with assisting me with any bills while we were together there was $50 back in Oct 2024. Along with out of town visits, participated in gas.

Mr. Smith was briefly employed as my personal assistant Feb 6, 7 and 10 2025, until Feb 10, 2025 this last altercation. Mr. Smith made verbal threats of harming me physically and states that if I do anything to impede in him getting arrested he would do something to me and my family that I would pay and promise's to Jehovah and on his soul. He has also stated that he would use the agency and myself for illegal termination of his service. He has email the agency making treats against them along with an emails defaming my character. Still to this date Mr. Smith has been texting me again in legal actions and how he's going to repair my wall. I want no

dealings with Mr. Smith and he has no legal right to sue me it's up to my discretion If I wanted to keep him employed as my aid. To which the agency kept conveying that to Mr. Smith. I will no longer be victimized by Mr. Smith.

Thank you very much!
Karena Richardson Rn B.S.N., MSN
219-501-8398

🎬 trashed my house Snapchat-1681285665.mp4

🎬 other video of trashing my house Snapchat-1029851075.mp4

_____ **Continued on Attachment 8a.**

9.     **I am asking the Court to order the following relief** *(check all which apply)*:

*NOTE: The following requested relief may be granted immediately by the Judge without a hearing. However, if the petition is based on harassment alone, the relief may be granted* **ONLY** *after notice to the Respondent and after a hearing to be held within thirty (30) days.*

⟍⟋     Prohibit the Respondent from committing, or threatening to commit, acts of domestic or family violence, stalking, or sex offenses against me;

___     Prohibit the Respondent from committing, or threatening to commit, acts of domestic or family violence, stalking, or sex offenses against my family or household members, whose names are:

_____

_____ ;

___     Prohibit the Respondent from harassing, annoying, telephoning, contacting, or directly or indirectly communicating with me;

___     Order the Respondent to stay away from my residence, school, place of employment, or other place, which is the _____ , located at:

_____ ;

___     Order the Respondent to stay away from the following location(s) frequented by my family or household member(s), which may include a residence, school, or place of employment: _____

_____

_____ .

*Please complete:*
Please list all owners or lease signers at my residence: _____

_____

_____ .

*NOTE: The following requested relief may be granted immediately by the Judge, but the Court must hold a hearing within thirty (30) days. If the petition is based on harassment alone, the relief may be granted* **ONLY** *after notice to the Respondent and after a hearing to be held within thirty (30) days.*

___     Evict the Respondent from my residence, which is located at:

_____ ;

___     Order the Respondent to give me the possession and use of the following:
___     The residence located at: _____ ;
___     An automobile/other motor vehicle described as: _____

_____ ;

___     Other necessary personal items, described as: _____

_____

OJA-PO-0100 Approved 07/02
Rev. by Ind. Office Ct. Serv. 7/19

\_\_\_ Prohibit Respondent from removing, transferring, injuring, concealing, harming, attacking, mistreating, threatening to harm, or otherwise disposing of the animal(s) listed below.

| *Example* | *Name:* | *Max* |
|---|---|---|
| | *Age/Type:* | *9 year old dog* |
| | *Size /Breed:* | *Large 55 pound black lab* |
| | *Color/Description:* | *Black hair, pink collar* |

| **Animal 1** | Name: | |
|---|---|---|
| | Age/Type: | |
| | Size/Breed: | |
| | Color/Description: | |

| **Animal 2** | Name: | |
|---|---|---|
| | Age/Type: | |
| | Size/Breed: | |
| | Color/Description: | |

**Additional animals listed on Attachment 9(a).**

\_\_\_ Order that I will have the exclusive possession, care, custody, or control of an animal(s) owned, possessed, kept, or cared for by myself, the Respondent, a minor child of myself or the Respondent, or any other family or household member listed below.

| **Animal 1** | Name: | |
|---|---|---|
| | Age/Type: | |
| | Size/Breed: | |
| | Color/Description: | |

| **Animal 2** | Name: | |
|---|---|---|
| | Age/Type: | |
| | Size/Breed: | |
| | Color/Description: | |

**Additional animals listed on Attachment 9(a).**

\_\_\_Order the following additional relief necessary to provide for my safety and welfare and the safety and welfare of my family or household members:

_____
_____
_____
_____

*NOTE: The following requested relief may be granted* **ONLY** *after notice to the Respondent and after a hearing to be held within thirty (30) days:*

OJA-PO-0100 Approved 07/02
Rev. by Ind. Office Ct. Serv. 7/19

___ Specify the arrangements for parenting time with our minor child(ren);

___ Require that parenting time be supervised by a third party;

___ Deny the Respondent parenting time;

___ Order the Respondent to pay my attorney fees;

___ Order the Respondent to pay rent for my residence;

___ Order the Respondent to make payment on a mortgage for my residence;

___ Order the Respondent to pay child support for our minor child(ren);

___ Order the Respondent to pay support/maintenance for me;

___ Order the Respondent to reimburse me for expenses related
to the domestic or family violence, stalking, sex offense, or harassment as

follows:

*(specify the amount for each expense and bring documentation of the
expense with you to Court for the Hearing)*:

    ___ Medical expenses:      $_____

    ___ Counseling:      $_____

    ___ Shelter:      $_____

    ___ Repair or replacement of
damaged property:      $_____

    ___ Other costs or fees I have
as a result of bringing this case:      $_____

___ Prohibit the Respondent from using or possessing a firearm, ammunition, or
deadly weapon;

___ Order the Respondent to surrender the following firearm(s), ammunition, or
deadly weapon(s) to a specified law enforcement agency *(list each item
below and attach an additional sheet of paper if necessary)*:

_____

_____

_____

_____

_____;

_____ **Continued on Attachment 9(b).**

___ Order a wireless service provider to transfer to me the right to continued use
of, and financial responsibility for, the following telephone number(s) used
by me or by a minor child in my custody:

Telephone Number and User: _____

Wireless Service Provider: _____

Current Account Holder: _____

Telephone Number and User: _____

Wireless Service Provider: _____

OJA-PO-0100 Approved 07/02
Rev. by Ind. Office Ct. Serv. 7/19

Current Account Holder: _____
Additional telephone numbers listed on Attachment 9(c)

*NOTE: A wireless service provider's normal requirements for setting up a new cellular telephone account still apply. You should consider whether you will be able to set up an account in your own name and whether you will be able to pay for the account.*

10.    Number of pages attached: _____

By filing this Petition, I am respectfully requesting that the Court immediately issue an Ex Parte Order for Protection. I understand that, if I have asked the Court for any of the following:

- evicting the Respondent from my/our home;
- giving me the possession of personal property;
- giving me possession of an animal;
- prohibiting Respondent from taking action against an animal;
- establishing rules for child parenting time;
- requiring the Respondent to pay fees, expenses, or child support;
- forbidding the Respondent from possessing a firearm, ammunition, or a deadly weapon;
- ordering the Respondent to surrender firearm(s), ammunition, or deadly weapons, or,
- allowing me or a child to continue to use a telephone number for which I will be financially responsible;

I must also ask the Court to set a date for a Hearing within thirty (30) days of today's date.

I understand that if my petition is based on harassment alone, the Court may grant relief ONLY after notice to the Respondent and after a hearing to be held within thirty (30) days.

I understand that if a Hearing is set, and if I fail to appear for the Hearing, the Court may terminate the Ex Parte Order and/or dismiss the case.

I affirm, under the penalties for perjury, that the foregoing representations are true:

a.    on the basis of my own personal knowledge.

b.    on the basis that I have been informed and believe that the facts stated are true. *(NOTE: If this Petition is made solely on the basis of Petitioner's information and belief, Petitioner must attach affidavits by one or more persons who have personal knowledge of the facts stated.)*

DATE: _2/18/25_          _____
                          PETITIONER (Signature)

                          _Karena L Richardson_
                          PETITIONER (Type or print name)

OJA-PO-0100 Approved 07/02
Rev. by Ind. Office Ct. Serv. 7/19